| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SONYA LYNN MOORE and J. DAVID MOORE, § § § § Plaintiffs, § § *versus* § § SUPER 8 WORLDWIDE INC., H.L. & H. § HOLDING COMPANY, INC., and § WYNDHAM WORLDWIDE § CORPORATION, individually and d/b/a § WYNDHAM HOTEL GROUP, § § Defendants. § | CIVIL ACTION NO. 1:13-CV-493 |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that an amicable settlement has been reached in this action and that final settlement papers would be forthcoming within ninety (90) days, it is

ORDERED that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event this case is reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

SIGNED at Beaumont, Texas, this 9th day of July, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE